**Order entered June 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00361-CR

**ASHLEY MEGAN CATENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82264-2015**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.


/s/     ROBERT M. FILLMORE
JUSTICE